UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY R. SMITH

V                                                                NO. 07CA11171 MLW

PROVINCE CAFETERIA, INC.

PLAINTIFF'S VOLUNTARY DISMISSAL OF COMPLAINT

The Plaintiff hereby moves pursuant to Rule 41(a)(2) to dismissal of the complaint with prejudice and without costs.  The defendant assents to the dismissal.

| | |
|---|---|
| Jeffrey R. Smith | Province Cafeteria, Inc. |
| By his attorney, | By its attorney, |
| /s/ Edward N. Garno | /s/Hans Hailey |
| Edward N. Garno | Hans Hailey |
| 49 Blanchard Street | 225 Friend Street |
| Lawrence, MA  01843 | Boston, MA |
| 978-687-7805 | |
| #564378 | |